IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>          Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES, Secretary of Defense, in His Official Capacity,<br><br>          Defendant. | Case No. 1:07-mc-00220 (JB)<br>Case No. 1:07-mc-00221 (JB)<br>Case No. 1:07-mc-00222 (JB) |

**UNOPPOSED MOTION OF CONGRESSMEN DUNCAN HUNTER, DARRELL E. ISSA AND BRIAN P. BILBRAY FOR LEAVE TO FILE REPLY MEMORANDUM**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Congressmen Duncan Hunter, Darrell E. Issa and Brian P. Bilbray respectfully move for leave to file a short memorandum in reply to Plaintiffs' Memorandum in Response to Notice Describing Certain Documents in Members' Possession (Aug. 13, 2007). The proposed Reply of Congressmen Duncan Hunter, Darrell E. Issa and Brian P. Bilbray to Plaintiffs' Memorandum in Response to Notice Describing Certain Documents in Members' Possession is filed simultaneously herewith.

Pursuant to Local Civil Rule 7(m), undersigned counsel discussed this matter, *by telephone*, on August 15, 2007, with Jonathan Siegelbaum, counsel for the JWV Plaintiffs, and Ryan Nelson, counsel for Secretary Gates. Mr. Siegelbaum stated that he neither consents nor opposes the relief sought herein, and Mr. Nelson consented to the relief sought herein.

A proposed order is attached and oral argument is not requested.

## MEMORANDUM OF POINTS AND AUTHORITIES

On July, 31, 2007, this Court directed Congressmen Hunter, Issa and Bilbray to file a notice describing certain non-privileged documents in their possession, which they did on August 8, 2007. The Court also directed the JWV Plaintiffs to explain how any of those documents that they still seek "are 'relevant' to any claims or defenses in the underlying action." Order at 1 (July 31, 2007). The JWV Plaintiffs filed their "explanatory" memorandum on August 13, 2007. Because that explanatory memorandum – the JWV Plaintiffs' third attempt to explain in writing why they need to rummage through the private congressional files of three Members of the House – relies on several cases, not cited earlier, that are not on point, and relies on a number of false factual assumptions, it is appropriate for the three Members to file a short reply memorandum. We believe our reply memorandum will materially aid the Court in resolving the issues before it.

Respectfully submitted,

GERALDINE R. GENNET, General Counsel
s/Kerry W. Kircher
KERRY W. KIRCHER, Deputy General Counsel
CHRISTINE DAVENPORT, Assistant Counsel
JOHN FILAMOR, Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
202/225-9700 (telephone)
E-mail: kerry.kircher@mail.house.gov

Counsel for Congressmen Duncan Hunter, Darrell E. Issa and Brian P. Bilbray

August 16, 2007

## CERTIFICATE OF SERVICE

I certify that on August 16, 2007, I served the foregoing Unopposed Motion of Congressmen Duncan Hunter, Darrell E. Issa and Brian P. Bilbray for Leave to File Reply Memorandum through the electronic case filing system, and by .pdf email on the following:

>Jonathan H Siegelbaum, Esq.
>Wilmer Cutler Pickering Hale and Dorr
>1875 Pennsylvania Ave., N.W.
>Washington, D.C. 20006
>Email: jonathan.siegelbaum@wilmerhale.com
>
>Ryan Nelson
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street, NW
>P.O. Box 663
>Washington, D.C. 20004-0663
>Email: ryan.nelson@usdoj.gov
>
>Heide Herrmann
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street NW
>P.O. Box 663
>Washington, D.C. 20044-0663
>Email: Heide.Herrmann@usdoj.gov

>>s/Kerry W. Kircher
>>Kerry W. Kircher
>>E-mail: kerry.kircher@mail.house.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES, Secretary of Defense, in His Official Capacity,<br><br>Defendant. | Case No. 1:07-mc-00220 (JB)<br>Case No. 1:07-mc-00221 (JB)<br>Case No. 1:07-mc-00222 (JB) |

## ORDER

UPON CONSIDERATION OF the Unopposed Motion of Congressmen Duncan Hunter, Darrell E. Issa and Brian P. Bilbray for Leave to File Reply Memorandum ("Motion"), and the entire record herein, it is by the Court this __ day of August 2007, ORDERED

That the Motion is GRANTED. The Clerk shall immediately accept for filing and docket the Reply of Congressmen Duncan Hunter, Darrell E. Issa and Brian P. Bilbray to Plaintiffs' Memorandum in Response to Notice Describing Certain Documents in Members' Possession.

_____
Honorable John D. Bates
United States District Judge