# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br>          Plaintiffs, <br><br>   v. <br><br>ROBERT M. GATES, Secretary of Defense, in His Official Capacity, <br><br>          Defendant. | Case No. 1:07-mc-00220 (JB) <br> Case No. 1:07-mc-00221 (JB) <br> Case No. 1:07-mc-00222 (JB) |

## NOTICE OF APPEAL

Notice is hereby given that U.S. Representatives Darrell E. Issa, Brian P. Bilbray and Duncan Hunter, the respondents in the above-captioned case, through their counsel, respectfully appeal to the United States Court of Appeals for the District of Columbia Circuit this Court's Memorandum Opinion and Order of September 18, 2007, which granted in part and denied in part Plaintiffs' Motion to Compel Production of Documents Responsive to Subpoenas.

          Respectfully submitted,

          GERALDINE R. GENNET, DC Bar #213439
          General Counsel
          s/Kerry W. Kircher
          KERRY W. KIRCHER, DC Bar #386816
          Deputy General Counsel
          CHRISTINE DAVENPORT
          Assistant Counsel

          Office of General Counsel

                U.S. House of Representatives
                219 Cannon House Office Building
                Washington, D.C. 20515
                202/225-9700 (telephone)
                202/226-1360 (fax)
                E-mail: kerry.kircher@mail.house.gov

                Counsel for Congressmen Darrell E. Issa, Brian P.
                Bilbray and Duncan Hunter

September 27, 2007

**CERTIFICATE OF SERVICE**

I certify that on September 27, 2007, I served the foregoing Notice of Appeal through the electronic case filing system, and by .pdf email on the following:

>Jonathan H Siegelbaum, Esq.
>Wilmer Cutler Pickering Hale and Dorr
>1875 Pennsylvania Ave., NW
>Washington, D.C.   20006
>Email: jonathan.siegelbaum@wilmerhale.com
>
>Ryan Nelson, Esq.
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street, NW
>P.O. Box 663
>Washington, D.C.   20004-0663
>Email: Ryan.Nelson@usdoj.gov
>
>Heide Herrmann, Esq.
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street, NW
>P.O. Box 663
>Washington, D.C.   20044-0663
>Email: Heide.Herrmann@usdoj.gov

>s/Kerry W. Kircher
>Kerry W. Kircher
>E-mail: kerry.kircher@mail.house.gov