# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,  )<br><br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ROBERT M. GATES, Secretary of Defense, in his official capacity,  )<br>)<br>Defendant.  ) | Case No. 1:07-mc-00220 (JDB)<br>Case No. 1:07-mc-00221 (JDB)<br>Case No. 1:07-mc-00222 (JDB) |

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk:

Defendant hereby gives notice of the withdrawal of Jennifer L. Allaire as counsel and the substitution of E. Kenneth Stegeby as Counsel of Record for Defendant in this matter. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon Defendant by service upon Mr. Stegeby in substitution for Ms. Allaire at the addresses indicated below:

Via U.S. Mail:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
E-mail: Kenneth.Stegeby@usdoj.gov

<u>Via Express or other Hand or Overnight Deliveries:</u>

>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>601 D Street, N.W., Room 3110
>Washington, D.C. 20004

Respectfully submitted this 24th day of January 2008.

>RONALD J. TENPAS
>Assistant Attorney General


><u>/s/ E. Kenneth Stegeby</u>
>E. KENNETH STEGEBY, DC Bar #474127
>U.S. Department of Justice
>Environment and Natural Resources Division
>P.O. Box 4390, Ben Franklin Station
>Washington, D.C. 20044-4390
>Telephone: (202) 616-4419
>Facsimile: (202) 305-0506
>E-mail: Kenneth.Stegeby@usdoj.gov
>
>Attorney for Defendant
>
><u>/s/ E. Kenneth Stegeby on behalf of,</u>
><u>and with authorization from Jennifer L. Allaire</u>
>Jennifer L. Allaire, NJ Bar #4419-2002

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served on January 24, 2008, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Ryan Patrick Phair
Wilmer Hale
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: ryan.phair@wilmerhale.com

Attorney for Plaintiffs

Kerry W. Kircher, Deputy General Counsel
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Email: kerry.kircher@mail.house.gov

Attorney for Interested Parties Congressmen Brian Bilbray, Duncan Hunter, and Darrell Issa

                                                   */s/ E. Kenneth Stegeby*
                                                   E. KENNETH STEGEBY