IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROBERT M. GATES, Secretary of Defense, in his official capacity, )<br>)<br>Defendant. ) | Case No. 1:07-mc-00220 (JDB)<br>Case No. 1:07-mc-00221 (JDB)<br>Case No. 1:07-mc-00222 (JDB) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Peter J. McVeigh as additional counsel for Defendant in this case. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon Mr. McVeigh at the addresses indicated below:

Via U.S. Mail:

United States Department of Justice
Environment and Natural Resources Division
P.O. Box 4390, Ben Franklin Station
Washington, D.C. 20044-4390
Telephone: (202) 514-4642
Facsimile: (202) 514-4231
E-mail: Peter.McVeigh@usdoj.gov

Via Express or other Hand or Overnight Deliveries:

United States Department of Justice
Environment and Natural Resources Division
601 D. Street, N.W., Suite 2121

Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon E. Kenneth Stegeby, co-counsel for the defendants.

Respectfully submitted this 25th day of January, 2008.

RONALD J. TENPAS
Assistant Attorney General


*/s/ Peter J. McVeigh*
PETER J. McVEIGH, VA Bar # 73211
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 4390, Ben Franklin Station
Washington, D.C. 20044-4390
Telephone: (202) 514-4642
Facsimile: (202) 514-4231
E-mail: Peter.McVeigh@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on January 25, 2008, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Ryan Patrick Phair
Wilmer Hale
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: ryan.phair@wilmerhale.com
Attorney for Plaintiffs

Kerry W. Kircher, Deputy General Counsel
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Email: kerry.kircher@mail.house.gov
Attorney for Interested Parties Congressmen Brian Bilbray, Duncan Hunter, and Darrell Issa

*/s/ Peter J. McVeigh*
PETER J. McVEIGH